THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>TRU QUOC TRUONG,<br><br>            Defendant. | NO. CR06-00307RSM<br><br>STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

COMES NOW the Defendant, Tru Quoc Truong, through his attorney, Jeffrey Steinborn, and moves this Court for an order continuing the pretrial motions deadline in this matter, currently scheduled for May 28, 2009. Trial is currently scheduled for July 6, 2009. This motion is based upon the records and files herein and the following:

The Defendant was arrested in connection with a wiretap. Discovery is voluminous and counsel needs additional time for its review to determine whether or not there are any relevant pretrial motions that need to be filed before the July 6, 2009 trial date.

This motion is not made for the purpose of delay, or for any other improper motive, but is instead made based upon a good faith belief by the parties that such a

STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE - 1

JEFFREY STEINBORN, PLLC
3161 ELLIOTT AVENUE, SUITE 340
SEATTLE, WASHINGTON 98121
(206) 622-5117 • FAX: (206) 622-3848

1  continuance is necessary so that the parties can properly prepare pretrial motions and for
2  trial, in the event one is necessary.
3      There have been no previous continuances in this matter.
4      Assistant United States Attorney Lisca Borichewski agrees with this motion.
5      WHEREFORE, and by reason of the above, counsel respectfully moves this court
6  for an order continuing the motion deadline from its current date of May 28, 2009 to June
7  8, 2009.
8      Dated this 28th day of May, 2009.
9      Respectfully submitted,

Tru Quoc Truong, represented by;
JEFFREY STEINBORN, PLLC
s/ Jeffrey Steinborn, PLLC
WSBA # 1938
3161 Elliott Avenue, Suite 340
Seattle, Washington 98121
206-622-5117 fax 206-622-3848
js@surlaw.com

UNITED STATES ATTORNEY'S OFFICE

By /s/ per telephone authorization
Lisca Borichewski
Assistant United States Attorney
700 Stewart Street
Seattle, Washington 98101
553-7970

STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE - 2

JEFFREY STEINBORN, PLLC
3161 ELLIOTT AVENUE, SUITE 340
SEATTLE, WASHINGTON 98121
(206) 622-5117 • FAX: (206) 622-3848

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the (foregoing) with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.

Dated this 28th day of May, 2009.

s/Tracee Tomich, Legal Assistant
JEFFREY STEINBORN, PLLC
Counsel for Defendant Truong
3161 Elliott Avenue, Suite 340
Seattle, Washington 98121
Phone: 206-622-5117
Fax: 206-622-3848
Email: traceejean@surlaw.com

STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE - 3

JEFFREY STEINBORN, PLLC
3161 ELLIOTT AVENUE, SUITE 340
SEATTLE, WASHINGTON 98121
(206) 622-5117 • FAX: (206) 622-3848