THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRU QUOC TRUONG, et al.,<br><br>Defendants. | NO. CR06-00307RSM<br><br>ORDER ON STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THIS MATTER having come on before the Court on the stipulated motion of the parties to continue the pretrial motions deadline, and the Court, having considered the records and files herein, NOW THEREFORE

IT IS HERBY ORDERED that the pretrial motions due date be continued from May 28, 2009 to June 8, 2009 or to _____.

DATED this ____ day of May, 2009

_____
The Honorable Ricardo S. Martinez
United States District Court Judge

ORDER - 1

Jeffrey Steinborn, PLLC
3161 Elliott Avenue, Suite 340
Seattle, Washington 98121
(206) 622-5117 • Fax: (206) 622-3848

1 | Presented by:

2 |     JEFFREY STEINBORN, PLLC

3 |

4 | /s/ Jeffrey Steinborn, PLLC
        Jeffrey Steinborn
       Counsel for Defendant Truong

5 |

6 | UNITED STATES ATTORNEY'S OFFICE

7 |

8 | By /s/ per telephone authorization
        Lisca Borichewski
     Assistant United States Attorney

ORDER - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the (foregoing) with the clerk of the court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.

Dated this 28th day of May, 2009.

s/Tracee Tomich, Legal Assistant
JEFFREY STEINBORN, PLLC
Counsel for Defendant Truong
3161 Elliott Avenue, Suite 340
Seattle, Washington 98121
Phone: 206-622-5117
Fax: 206-622-3848
Email: traceejean@surlaw.com

ORDER - 3